UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CARAVEL/WOODWIND CHARTERS,
INC., a corporation; and
ST. PAUL FIRE & MARINE
INSURANCE CO., a corporation,

        NO. CIV. S-05-1435 LKK/KJM

    Plaintiffs,

  v.                              O R D E R

TAHOE KEYS MARINA, LLC dba
TAHOE KEYS MARINA, a California
limited liability company; RAY
CARREAU, an individual; RICHARD
HORTON, an individual; TAHOE
KEYS PROPERTY OWNERS' ASSOCATION,
a corporation; and TAHOE KEYS
BEACH AND HARBOR ASSOCIATION, INC.,
a corporation,

    Defendants.
                             /

      The court is in receipt of a stipulation between a number of parties in the above-captioned case to dismiss defendants Ray Carreau and Richard Horton without prejudice.

////

1

1 | The stipulation is DENIED because the parties have failed to comply
2 | with Fed. R. Civ. P. 41.
3 |     IT IS SO ORDERED.
4 |     DATED:  September 13, 2005
5 |                                     /s/Lawrence K. Karlton
  |                                     LAWRENCE K. KARLTON
6 |                                     SENIOR JUDGE
  |                                     UNITED STATES DISTRICT COURT