**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Anthony S. Warburg, SBN 078956
Katie Bellotti Porter, SBN 224798
Ryan C. Wood, SBN 232267
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Attorneys for Defendant TAHOE KEYS PROPERTY OWNERS' ASSOCIATION

UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| CARAVEL / WOODWIND CHARTERS, INC., a corporation; and ST. PAUL FIRE & MARINE INSURANCE CO., a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TAHOE KEYS MARINA, LLC dba TAHOE KEYS MARINA, a California Limited Liability Company; RAY CARREAU, an individual; RICHARD HORTON, an individual; TAHOE KEYS PROPERTY OWNERS' ASSOCIATION, a corporation; and TAHOE KEYS BEACH AND HARBOR ASSOCIATION, INC., a corporation,<br><br>Defendants.<br><br>TAHOE KEYS PROPERTY OWNERS ASSOCIATION, a corporation,<br><br>Cross-Claimant,<br><br>v.<br><br>TAHOE KEYS MARINA, LLC dba TAHOE KEYS MARINA, a California Limited Liability Company; TAHOE KEYS BEACH & HARBOR ASSOCIATION, INC., a corporation; and ROES 1 through 30, inclusive,<br><br>Cross-Defendants. | Case No. CIV. NO. S-05-01435-LKK-KJM<br><br>**STIPULATION FOR DISMISSAL OF CROSS-CLAIMS; and ORDER** |

LAW OFFICES OF
**PORTER, SCOTT,
WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

00404889.WPD

| | |
|---|---|
| 1 | TAHOE KEYS MARINA, LLC dba TAHOE KEYS MARINA |
| 2 | |
| 3 | Cross-Claimant, |
| | v. |
| 4 | |
| 5 | TAHOE KEYS PROPERTY OWNERS ASSOCIATION, a corporation; TAHOE KEYS BEACH & HARBOR ASSOCIATION, INC., a corporation; and ROES 1 through 10, inclusive, |
| 6 | |
| 7 | |
| | Cross-Defendants. |
| 8 | |
| 9 | TAHOE KEYS BEACH & HARBOR ASSOCIATION, INC. |
| 10 | |
| 11 | Cross-Claimant, |
| | v. |
| 12 | |
| 13 | TAHOE KEYS MARINA, LLC dba TAHOE KEYS MARINA, a California Limited Liability Company; TAHOE KEYS PROPERTY OWNERS ASSOCIATION, a corporation; and ROES 31 through 100, inclusive, |
| 14 | |
| 15 | |
| 16 | Cross-Defendants. |
| 17 | |

IT IS HEREBY STIPULATED AND AGREED, between Cross-Claimants and Cross-Defendants, TAHOE KEYS PROPERTY OWNERS ASSOCIATION, TAHOE KEYS MARINA and TAHOE KEYS BEACH AND HARBOR ASSOCIATION by and through their undersigned counsel that the following cross-claims be dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear its own fees and costs:

1.  Cross-Claimant TAHOE KEYS PROPERTY OWNERS ASSOCIATION'S cross-claim against TAHOE KEYS MARINA and TAHOE KEYS BEACH AND HARBOR ASSOCIATION ;

2.  Cross-Claimant TAHOE KEYS MARINA'S cross-claim against cROSS-Defendants TAHOE KEYS PROPERTY OWNERS ASSOCIATION and TAHOE KEYS

LAW OFFICES OF
PORTER, SCOTT,
WEIBERG & DELEHANT
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

00404889.WPD

1  BEACH AND HARBOR ASSOCIATION; and,

2      3.   Cross-Claimant TAHOE KEYS BEACH AND HARBOR ASSOCIATION'S

3  cross-claim against Cross-Defendants TAHOE KEYS PROPERTY OWNERS

4  ASSOCIATION and TAHOE KEYS MARINA.

Dated: January 4, 2006
      /Darren Johnson/ for
      Mark D. Holmes
      Attorney for TAHOE KEYS MARINA

Dated: January 23, 2006
      /Anthony S. Warburg/
      Anthony S. Warburg
      Attorney for TAHOE KEYS PROPERTY OWNERS ASSOCIATION

Dated: January 6, 2006
      /T. Scott Brooke/
      T. Scott Brooke
      Attorney for TAHOE KEYS BEACH & HARBOR ASSOCIATION

IT IS SO ORDERED.

DATED: February 1, 2006.

      /s/Lawrence K. Karlton
      LAWRENCE K. KARLTON
      SENIOR JUDGE
      UNITED STATES DISTRICT COURT

LAW OFFICES OF
PORTER, SCOTT,
WEIBERG & DELEHANT
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

00404889.WPD