**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO**

| | |
|---|---|
| CARAVEL/WOODWIND CHARTERS, INC., a corporation; and ST. PAUL FIRE & MARINE INSURANCE CO., a corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TAHOE KEYS MARINA, LLC dba TAHOE KEYS MARINA, a California Limited Liability Company; RAY CARREAU, an individual; RICHARD HORTON, an individual; TAHOE KEYS PROPERTY OWNERS' ASSOCIATION, a corporation; and TAHOE KEYS BEACH AND HARBOR ASSOCIATION, INC., a corporation<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. CIV.S-05-1435 LKK/KJM<br><br>**[PROPOSED] ORDER DISMISSING DEFENDANTS TAHOE KEYS PROPERTY OWNERS ASSOCIATION AND OF TAHOE KEYS BEACH AND HARBOR ASSOCIATION**<br><br>Trial Date: March 13, 2007<br>Complaint Filed: July 15, 2005 |

After reviewing the stipulation signed by all parties in the above captioned case to dismiss Defendants TAHOE KEYS PROPERTY OWNERS' ASSOCIATION, and TAHOE KEYS BEACH AND HARBOR ASSOCIATION, INC., the Court GRANTS the stipulation.

1 | Defendants TAHOE KEYS PROPERTY OWNERS' ASSOCIATION, and TAHOE KEYS
2 | BEACH AND HARBOR ASSOCIATION, INC. are hereby dismissed from this action with
3 | prejudice.
4 |     Prior dismissals without prejudice will become dismissals with prejudice such that all
5 | cross-claims previously filed are now dismissed with prejudice.
6 |
7 | IT IS SO ORDERED.
8 | DATED: June 6, 2006
9 |
                SENIOR JUDGE
                UNITED STATES DISTRICT COURT

# PROOF OF SERVICE

UNITED STATES DISTRICT COURT
STATE OF CALIFORNIA
COUNTY OF SACRAMENTO
CASE NO.: CIV.S-05-1435 LKK (KJM)

I am employed in the County of Orange, State of California.
I am over the age of 18 and not a party to the subject action.
My business address is 600 Anton Boulevard, Suite 650, Costa Mesa, California 92626.

On May 30, 2006, I served the foregoing document described as **[PROPOSED] ORDER DISMISSING DEFENDANTS TAHOE KEYS PROPERTY OWNERS ASSOCIATION AND OF TAHOE KEYS BEACH AND HARBOR ASSOCIATION** on the interested parties in this action as follows:

[X]by placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope addressed to:

| | |
|---|---|
| T. Scott Brooke, Esq.<br>BROOKE SHAW ZUMPFT<br>1590 Fourth St., Suite 100<br>Minden, NV 89423<br>F: (775) 782-3081<br>**Via Electronic Service** | Anthony Warburg, Esq.<br>Katie Bellotti Porter, Esq.<br>PORTER, SCOTT, WEIBERG, & DELEHANT<br>350 University Ave., Suite 200<br>Sacramento, CA 95825<br>F: (916) 927-3706<br>**Via Electronic Service** |

G. Geoffrey Robb, Esq.
Joshua E. Kirsch, Esq.
GIBSON ROBB & LINDH LLP
100 First St., 27th Floor
San Francisco, CA 94105
F: (415) 348-6001
**Via Electronic Service**

[ ]     **BY FAX**. I personally transmitted by fax the above-described document(s) to the fax number identified above. Accompanying this proof of service is a copy of the transmission record verifying that the fax transmission was successful.

[x]     **BY MAIL**. I am "readily familiar" with the practice of McKasson Klein & Holmes LLP for the collection and processing of documents and correspondence for mailing. Under that practice the above-described document(s) and/or correspondence were deposited with the U.S. Postal Service, on the same as the execution of this proof of service, with postage thereon fully prepaid at Costa Mesa, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed valid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

Executed on May 30, 2006, at Costa Mesa, California.

[X]     (**Federal**) I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

*Lisa Dawn Evans*
Lisa Dawn Evans

-1-

PROOF OF SERVICE