UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARAVEL/WOODWIND CHARTERS, INC.,
a corporation; and ST. PAUL FIRE
& MARINE INSURANCE CO., a corporation,

    Plaintiffs,

  v.                                    NO. CIV. S-05-1435 LKK/JFM

TAHOE KEYS MARINA, LLC, dba TAHOE
KEYS MARINA, a California Limited
Liability Company; RAY CARREAU,
an individual; RICHARD HORTON,
an individual; TAHOE KEYS PROPERTY
OWNERS' ASSOCIATION, a corporation;
and TAHOE KEYS BEACH AND HARBOR
ASSOCIATION, INC., a corporation,

    Defendants.
_____/

**ORDER OF RECUSAL AND REASSIGNMENT**

It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned,

////

1

    IT IS HEREBY ORDERED that he undersigned recuses himself as the judge to whom this case is assigned.

DATED: September 6, 2006.

>   /s/ Lawrence K. Karlton
>   LAWRENCE K. KARLTON
>   SENIOR JUDGE
>   UNITED STATES DISTRICT COURT

    IT IS FURTHER ORDERED:

    1.   All currently scheduled dates in the above-captioned action are **VACATED**;

    2.   The Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment; and

    3.   This case is REASSIGNED to the Honorable Frank C. Damrell, Jr.

DATED: September 11, 2006.

>   DAVID F. LEVI
>   Chief United States District Judge

2